JOSEPH GREENBERG, Appellant, v. SAMUEL GREENBERG, MEYER GREENBERG, ALMAC REALTY CORPORATION, ANESLOW REALTY CORPORATION and LAWRENCE L. KRETCHMAR, Respondents.— Appeal by plaintiff from a judgment dismissing the complaint on the merits after a trial by the court, without a jury. The action sought to impress a trust upon real property, to secure the cancellation of certain conveyances thereof and encumbrances thereon, upon the grounds of fraud and duress, and a reconveyance to plaintiff. Judgment unanimously affirmed, with

costs. (See *Boyd* v. *Boyd*, 252 N. Y. 422, 429.) Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.